76666.0294

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| **MARIANO GONZALEZ D/B/A KUSTOM KAR WASH** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:17-CV-00199** |
| | § | |
| **THE TRAVELERS LLOYDS INSURANCE COMPANY AND ANTHONY TAYLOR** | § | |
| | § | |
| **Defendants** | § | |

## <u>STIPULATION OF DISMISSAL</u>

It is hereby stipulated by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii). Each party to bear its own costs and fees.

Dated this 9th day of May, 2018.

**ADAMI, SHUFFIELD, SCHEIHING**
**& BURNS, P.C.**
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Facsimile: (210) 344-7228
bscheihing@adamilaw.com


By:
        ROBERT F. SCHEIHING
        State Bar No. 17736350

**ATTORNEY FOR DEFENDANTS**


GREEN & BARTON
1201 Shepherd Drive
Houston, Texas 77007
(713) 227-4747
(713) 446-6239 Wayne Collins Cell
(713) 621-5900 Facsimile
wcollins@bartonlawgroup.com
green@greentriallaw.com
dbarton@bartonlawgroup.com
relizondo@GBTriallaw.com



By:  /s/ Wayne D. Collins
        Wayne D. Collins
        SBN: 00796384
        Robert D. Green
        SBN: 08368025
        Daniel P. Barton
        SBN: 00789774
        Roy J. Elizondo, III
        SBN: 24036519

**ATTORNEY FOR PLAINTIFF**